THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUDY CARWILE,

    Plaintiff,                                  CASE NO.

v.

MACHOL & JOHANNES PC,

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, JUDY CARWILE ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, MACHOL & JOHANNES PC, alleges and affirmatively states as follows:

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

5. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

6. Plaintiff is a natural person who resides in the City of Davenport, County of Polk, State of Florida.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office in the City of Denver, State of Colorado.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant is placing telephone calls to Plaintiff seeking to collect upon an alleged debt owed.

12. Defendant leaves voicemail messages for Plaintiff that fail to inform Plaintiff that the Defendant is a debt collector. (See Exhibit A).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

13. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

a) Defendant violated *§1692e(10)* of the FDCPA by using the f deceptive practice of placing calls to Plaintiff and failing to inform the Plaintiff of who the Defendant is or that the Defendant is a debt collector.

b) Defendant violated *§1692e(11)* of the FDCPA by failing to inform the Plaintiff in

each subsequent communication that the Defendant is a debt collector.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

14. Declaratory judgment that the Defendant's conduct violated the Federal Act, FDCPA.

15. Actual damages.

16. Statutory damages of $1,000.00 pursuant to the Federal Act, 15 U.S.C. 1692k.

17. Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. 1692k.

18. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: __/s/Matthew Kiverts_____
Matthew Kiverts
Krohn & Moss, Ltd
120 W Madison St, 10th Floor
Chicago, IL 60602
Phone: (312) 578-9428 ext. 203
Fax: (866) 431-5576
Attorney for Plaintiff
FBN: 0013143

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, JUDY CARWILE, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)

Plaintiff, JUDY CARWILE, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JUDY CARWILE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 11-6-09

_____
JUDY CARWILE,
Plaintiff

VERIFIED COMPLAINT                                                          4

# **EXHIBIT A**

Hello, this message is intended for Judy Carwile.  My name is Danny calling from the Law Offices of Machol and Johannes.  Please do return my call at 1-866-729-3328, extension 1241 and your reference number E8012357.  Please return the call.

_____ calling.  This is not a sales or solicitation call.  Please contact our office at 1-877-832-8325.  Thank you.
This message is for Judy Carwile.  My name is Danny calling from Return my call at 1-866-729-3338, extension 1241, make reference to file number E8012357.  You must call.